IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01217-PSF-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

MELANIE FOREMAN;
DONALD FOREMAN, JR.;
TRACEY GARIN;
JACK PFOST; and
FALCON HEIGHTS DEVELOPMENT CORPORATION,

    Defendants.

## ORDER ACCEPTING PROPOSED SCHEDULING ORDER

The Court hereby ORDERS that the Proposed Scheduling Order (Dkt. # 18), filed October 16, 1006 is ACCEPTED as filed, with the following exceptions:

With regard to Section 11, "Dates for Further Consideration," the parties shall contact the magistrate judge to obtain dates for a settlement conference. A Final Pretrial Conference will be held in this matter before the undersigned on July 13, 2007 at 9:00 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than five days before the final pretrial conference.

IT IS FURTHER ORDERED that the status conference set for October 24, 2006 is hereby VACATED. Any further status conferences will be set by order of this Court, as needed or requested by the parties.

DATED: October 19, 2006        BY THE COURT:

                                                     *s/ Phillip S. Figa*

                                                     _____
                                                     Phillip S. Figa
                                                     United States District Judge