IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01217-PSF-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

MELANIE FOREMAN;
DONALD FOREMAN, JR.;
TRACEY GARIN;
JACK PFOST; and
FALCON HEIGHTS DEVELOPMENT CORPORATION,

    Defendants.

## ORDER DENYING MOTION TO DISMISS

This matter comes before the Court on the Motion to Dismiss (Dkt. # 14), filed by Defendant Falcon Heights Development Corporation on September 25, 2006. For the reasons set forth below, the motion is DENIED.

The motion asserted that this diversity case is subject to dismissal for lack of subject matter jurisdiction because the complaint, while alleging generally that the statutory amount in controversy was met, failed to specifically set forth a factual basis for such allegation. At a status conference held on October 6, 2006, the Court raised this issue with counsel for plaintiff who orally attempted to set forth the good faith basis for the general allegations in the complaint, and counsel requested leave to file an amended complaint to address the asserted pleading deficiencies. By oral order entered that date, the Court allowed plaintiff through October 23, 2006 to file an

amended complaint (Dkt. # 17).  Plaintiff filed a First Amended Complaint on October 18, 2006 (Dkt. # 18).  The Court has reviewed the allegations in the First Amended Complaint and find that they now adequately allege a factual basis for the amount in controversy.  Accordingly, the defendant's motion to dismiss for lack of subject matter jurisdiction (Dkt. # 14) is DENIED.

The Court notes that Defendant Tracey Garin is still named as defendant in the First Amended Complaint and that according to a tendered scheduling order filed October 16, 2006 he still has not been served (*see* Dkt. # 18 at 2).  The plaintiff is DIRECTED to effect service on Defendant Garin no later than October 30, 2006 (more than 120 days from the filing of the original complaint) or he will be dismissed as a defendant.

DATED: October 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge