IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01217-PSF-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

MELANIE FOREMAN;
DONALD FOREMAN, JR.;
TRACEY GARIN;
JACK PFOST; and
FALCON HEIGHTS DEVELOPMENT CORPORATION,

    Defendants.

## ORDER REGARDING DISMISSAL OF PARTY

This matter is before the Court on the Stipulation for Dismissal Without Prejudice as to Defendant Jack Pfost (Dkt. # 33), filed by counsel.  The Court will treat this stipulation as a motion for dismissal pursuant to Rule 41(a)(2), and ORDERS that Jack Pfost is hereby DISMISSED WITHOUT PREJUDICE, plaintiff and Defendant Pfost each to pay his or its own costs.  This dismissal shall have no effect on any other party.

IT IS FURTHER ORDERED that the caption for all future filings be amended to reflect the deletion of Jack Pfost as a party defendant.

DATED:  February 14, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge