IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01217-PSF-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

MELANIE FOREMAN;
DONALD FOREMAN, JR.;
TRACEY GARIN; and
FALCON HEIGHTS DEVELOPMENT CORPORATION,

    Defendants.

---

**ORDER GRANTING WITHDRAWAL OF COUNSEL**

---

    This matter is before the Court on plaintiff's Notice of Withdrawal (Dkt. # 35). Counsel are DIRECTED to D.C.COLO.LCivR 83.3D, which states: "Withdrawal shall be effective <u>only on court order</u> entered after service of the notice of withdrawal . . . ." (Emphasis added.)  The Court will treat plaintiff's notice as a motion to withdraw and, even though the notice does not fully comply with the requirement of Rule 83.3D that "[a] motion to withdraw must state the reasons for withdrawal . . . ," the Court hereby GRANTS the motion in light of L. Kathleen Chaney and Suzanne Lambdin remaining as counsel of record on behalf of plaintiff.  It is hereby

    ORDERED that Laura Trask Schneider is permitted to withdraw as counsel for plaintiff, effective immediately.

    DATED:  February 14, 2007        BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge