IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01217-PSF-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Plaintiff,

v.

MELANIE FOREMAN,
DONALD FOREMAN, JR.,
TRACEY GARIN, and
FALCON HEIGHTS DEVELOPMENT CORPORATION,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a status conference. Consistent with matters discussed during that conference:

IT IS ORDERED that the case schedule is modified to the following extent:

**Discovery Cut-Off:**             **August 31, 2007**

(All written discovery must be served so that responses are due on
or before the discovery cut-off)

**Dispositive Motions Deadline:**             **September 17, 2007**

**Final Pretrial Conference:**  The final pretrial conference set for July 13, 2007, at 9:00 a.m., before the district judge is VACATED and RESET to **November 15, 2007, at 9:00 a.m.**, before me in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall confer and shall submit to my chambers a proposed final pretrial order on or before **November 8, 2007**.

IT IS FURTHER ORDERED that on or before **June 29, 2007**, counsel shall contact my secretary to schedule a settlement conference or shall file a motion requesting that they be relieved of this requirement and explaining why no settlement conference should be scheduled.

Dated June 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge