IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01217-PSF-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Plaintiff,

v.

MELANIE FOREMAN,
DONALD FOREMAN, JR.,
TRACEY GARIN, and
FALCON HEIGHTS DEVELOPMENT CORPORATION,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Motion to Withdraw by Defendant, Falco Heights Development Corporation's Attorneys Kenneth J. Shakeshaft and Denis K. Lane** [Doc. # 62, filed 6/19/2007] (the "Motion to Withdraw"); and

(2) **Defendant, Falcon Heights Development Corporation's Motion for Extension of Time to Respond to Discovery Requests** [Doc. # 59, filed 6/18/2007] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is DENIED.

IT IS FURTHER ORDERED that the Motion for Extension is DENIED.

IT IS FURTHER ORDERED a Settlement Conference is set for **September 21, 2007, at 3:00 p.m.**, in Courtroom 401, United States Courthouse, 901 19th Street, Denver, Colorado. Counsel and a client representative with full authority to settle must be present at the settlement conference in person. Each party shall submit a brief Confidential Settlement Statement on or before **September 14, 2007**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement.

It is further ordered that all settlement conferences that occur before the magistrate judge are confidential.

Dated July 9, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge