IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06-cv-01217-PSF-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY

    Plaintiff

v.

MELANIE FOREMAN, et al

    Defendant

_____

### ORDER REASSIGNING CASE
_____

    With the agreement of Judge Phillip S. Figa and Senior Judge Richard P. Matsch, pursuant to D.C.COLO.LCivR 40.1A, this case is hereby reassigned to Senior Judge Richard P. Matsch for all further proceedings.

    Dated this the 23rd day of July, 2007.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            Edward W. Nottingham
                                            Chief United States District Judge