**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    August 14, 2007
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 06-cv-01217-RPM

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | Sean A. Chase |
| | Susan J. Lambdin |
| Plaintiff, | |
| v. | |
| MELANIE FOREMAN, | Randy G. Allen |
| DONALD FOREMAN, JR., and | Erhard Fitzsimmons |
| TRACEY GARIN, | No appearance |
| FALCON HEIGHTS DEVELOPMENT CORPORATION, | Kenneth J. Shakeshaft |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Motions Hearing**

**10:00 a.m.     Court in session.**

Court's preliminary remarks and states procedural history and its understanding of the case.

10:09 a.m.      Argument by Mr. Chase.

**ORDERED:    American Family's Cross Motion for Summary Judgment, filed March 19, 2007 [41], is denied.
Defendant Falcon Heights Development Corporation's Motion for Partial Summary Judgment, filed February 27, 2007 [39, will be granted by written order.
Defendants Melanie Foreman and Donald Foreman, Jr.'s Cross Motion for Final Summary Judgment, filed April 24, 2007 [46], will be granted by written order.**

10:21 a.m.      Argument by Mr. Shakeshaft.

Mr. Shakeshaft states defendant Falcon Heights Development Corporation withdraws its bad faith counterclaim.

**ORDERED:    Defendant Falcon Heights Development Corporation's Bad Faith Counterclaim is withdrawn.**

**10:25 a.m.     Court in recess.**          Hearing concluded.  Total time: 25 min.