IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 06-cv-01217-RPM-BNB

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

MELANIE FOREMAN,
DONALD FOREMAN, JR.,
TRACEY GARIN,
FALCON HEIGHTS DEVELOPMENT CORPORATION,

    Defendants.

_____

ORDER
_____

On November 16, 2007, the defendants Melanie Foreman and Donald Foreman, Jr., filed a post-judgment motion to enforce award of costs. On December 3, 2007, the plaintiff filed a response, explaining the delay in the payment of costs. Given the response and the apologetic explanation of counsel, it is

ORDERED that the post-judgment motion to enforce award of costs is declared moot and the request for $500.00 sanctions is denied.

DATED: March 27th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge